```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT WARREN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ROBERT WARREN,<br><br>       Defendant. | Case No.  CR. S-02-192-EJG<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE RE: REMAND**<br><br>Date: March 31, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MARY GRAD, Assistant United States Attorney, attorney for Plaintiff, with approval by RICHARD BENDER, Assistant United States Attorney, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the date of March 3, 2006 for a status conference on a remand from the Ninth Circuit shall be vacated and the new date for the status conference in the above case shall be March 31, 2006 at 10:00 a.m.

//

//

The parties are requesting the additional time because the prosecutor who has handled this case since indictment is out of the country and will not return until March 20, 2006.  The additional time will also allow defense counsel to contact Mr. Warren in BOP custody and discuss the case with him.

```
                                     Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Acting Federal Defender


DATED:   March 2, 2006.              /s/ RACHELLE BARBOUR
                                     RACHELLE BARBOUR
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                        ROBERT WARREN


                                     McGREGOR SCOTT
                                     United States Attorney


DATED:   March 2, 2006.              /s/ RICHARD BENDER for
                                     MARY GRAD
                                     Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 1, 2006          _/s/ Edward J. Garcia_____
                                  EDWARD J. GARCIA
                                  United States District Judge

2