DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT WARREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR. S-02-192-EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE HEARING** |
| v. | ) | **AND BRIEFING SCHEDULE** |
| | ) | |
| ROBERT WARREN, | ) | Date: April 28, 2006 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MARY GRAD, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the date of April 14, 2006 for a status conference on a remand from the Ninth Circuit be vacated and the new date for the status conference in the above case be set for April 28, 2006 at 10:00 a.m.  The parties further agree that the defense shall file its brief on April 21, 2006.

//

//

The parties are requesting the additional time because defense counsel has been out of the office on family medical leave this week and has been unable to prepare the brief to the Court.

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Acting Federal Defender

DATED: April 7, 2006          /s/ RACHELLE BARBOUR
                                          RACHELLE BARBOUR
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ROBERT WARREN


                                          McGREGOR SCOTT
                                          United States Attorney


DATED: April 7, 2006          /s/ MARY GRAD
                                          MARY GRAD
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

### O R D E R

**IT IS SO ORDERED.**

Dated: April 12, 2006         /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Judge